UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-04452-FMC-CTx | | Date | September 29, 2009 |
|---|---|---|---|---|
| Title | Leah Meske v. AIS Services LLC | | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**    ORDER TO SHOW CAUSE re DISMISSAL FOR LACK OF PROSECUTION
(In Chambers)

The Court, on its own motion, ORDERS that counsel for plaintiff show cause in writing on or before
**October 13, 2009**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, on or before the above date, as an appropriate
response to this Order to Show Cause:

**-response by defendant(s) to complaint _or_ plaintiff's request for entry of default.**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not
be heard in this matter unless so ordered by the Court.  The Order to Show Cause will stand submitted
upon the filing of counsel's response.  Failure to respond to the Court's order may result in the dismissal
of the action.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |